UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
TIMOTHY GREENE,                         )
        Plaintiff,                      )
                                        )  CIVIL ACTION NO.
        v.                              )  12-11685-DPW
                                        )
ANDREA J. CABRAL, former Sheriff        )
Of Suffolk County, in her               )
individual capacity,                    )
STEVEN TOMPKINS, Sheriff of             )
Suffolk County, in his individual       )
and official capacities,                )
GERARD HORGAN, in his individual        )
capacity,                               )
YOLANDA SMITH, in her individual        )
and official capacities,                )
ANNE NEE, in her individual             )
capacity and official capacities,       )
        Defendants.                     )
```

**FINAL JUDGMENT**

WOODLOCK, D.J.

In accordance with this Court's Memorandum and Order (ECF # 75) issued this day, it is hereby ORDERED

JUDGMENT FOR THE DEFENDANTS AGAINST THE PLAINTIFF.

BY THE COURT,

*/s/ Barbara I. Beatty*

DATED: June 15, 2018                    Deputy Clerk